```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                        04-CV-3016(JMR/RLE)


Vernon Bryan Olson              )
                                )
        v.                      )       ORDER
                                )
Michael J. Astrue,              )
Commissioner of Social          )
Security                        )
```

Both parties timely objected and responded to the Report and Recommendation, issued January 2, 2008 [Docket No. 168], by the Honorable Raymond L. Erickson, United States Magistrate Judge. The Magistrate recommended denying plaintiff's motions [Docket Nos. 159, 164-165].

After a de novo review of the record herein, the Court adopts the Report and Recommendation. Accordingly, IT IS ORDERED that:

1.   Plaintiff's motion to clarify "Ill-Advised Activity" [Docket No. 159] is denied.

2.   Plaintiff's motion to compel defendant to explain the meaning of "Ill-Advised Activity" [Docket No. 164] is denied.

3.   Plaintiff's motion to clarify and correct the record [Docket No. 165] is denied.

Dated:  February 4, 2008

                                        s/ James M. Rosenbaum
                                        JAMES M. ROSENBAUM
                                        United States Chief District Judge